U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2011 NOV 10 PM 2:59

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:11-cr-145-1 |
| ) | |
| ISAAC OWUSU ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about October 25, 2011, in the District of Vermont, defendant ISAAC OWUSU knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

███████████████
FOREPERSON

_____ (CSN) for
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
November 10, 2011